...

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMRE and CHRISTIE BENDE | : CIVIL ACTION |
| v. | : NO. 15-6301 |
| PEACOCK MARITIME SA, SOJITZ MARINE & ENGINEERING CORP., SIMS METAL EAST LLC d/b/a SIMS METAL MANAGEMENT, KESSEL PAVING AND CONCRETE, AND HANJIN SHIPPING CO. LTD. | : |

## ORDER

**AND NOW**, this 21st day of April 2016, upon consideration of Defendants Peacock Maritime SA and Sojitz Marine & Engineering Corp.'s Motion to Dismiss the Amended Complaint (ECF Doc. No. 43), Plaintiffs' Opposition (ECF Doc. No. 47), and for the reasons in the accompanying memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 43) is **DENIED**. Defendants shall answer the Amended Complaint **no later than May 5, 2016**.

KEARNEY, J.